# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2606 |
| | Honorable Robert B. Kugler, District Court Judge |
| This document relates to: | Honorable Joel Schneider, Magistrate Judge |
| *Vicki L. Martinez v. Daiichi Sankyo, Inc. Et al.* | |

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Benicar (Olmesartan) Products Liability Litigation*, MDL 2606 in the United States District Court for the District of New Jersey, Camden Vicinage. Plaintiff(s) file this Short Form Complaint as permitted by Case Management Order No. 6 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## <u>IDENTIFICATION OF PARTIES</u>

**<u>Identification of Plaintiff(s)</u>**

1.      Name and residence of individual injured due to use of *olmesartan* product(s): <u>Vicki Lynne Martinez, 118 West Lubbock, Apartment #1,</u> <u>San Antonio, Texas 78204</u>

2.      Plaintiff(s) is/are a citizen of <u>City of San Antonio, County of Bexar,</u> <u>State of Texas.</u>

3.      Consortium Claim(s): The following individual(s) allege damages for loss of consortium: <u>Not applicable.</u>

_____

4.      Survival and/or Wrongful Death Claims:

        a. Name and residence of Decedent Plaintiff when he/she suffered *olmesartan* product(s) related injuries and/or death: <u>Not applicable.</u>

_____

_____

5.      Plaintiff/Decedent was born on <u>05/28/1956</u>.

6.      Plaintiff is filing this case in a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____.

Plaintiff(s) claims damages as a result of:

_____X__ injury to herself/himself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

_____X___ economic loss

_____ loss of services

_____ loss of consortium

## Identification of Defendants

7.      Plaintiff(s)/Decedent   Plaintiff(s)   is/are   suing   the   following Defendant(s) (please check all that apply):

**Daiichi Sankyo Defendants:**

X      Daiichi Sankyo, Inc.

X      Daiichi Sankyo U.S. Holdings, Inc.

X      Daiichi Sankyo Co., Ltd.

**Forest Defendants:**

X      Forest Laboratories, LLC, f/k/a Forest Laboratories, Inc.

X      Forest Pharmaceuticals, Inc.

X      Forest Research Institute, Inc.

**Additional Defendants:**

☐      Other(s) Defendant(s) (please specify): _____

_____

_____

## JURISDICTION & VENUE

### Jurisdiction:

8.      Jurisdiction in this Short Form Complaint is based on:

      X      Diversity of Citizenship

      ☐      Other (As set forth below, the basis of any additional ground

for jurisdiction must be pled in sufficient detail as required by the applicable

Federal Rules of Civil Procedure)._____

_____

### Venue:

9.      District Court and Division in which remand and trial is proper and

where you might have otherwise filed this Short Form Complaint absent the

direct filing Order entered by this Court: United States District Court for the

Western District of Texas, San Antonio Division.

## CASE SPECIFIC FACTS

10.     Plaintiff(s) currently reside(s) in (City, State): San Antonio, Texas.

11.     At the time of the Plaintiff's/Decedent's *olmesartan* product(s) injury,

Plaintiff/Decedent resided in (City, State): <u>San Antonio, Texas.</u>

12.     Plaintiff/Decedent began using *olmesartan* product(s) as prescribed

and indicated on or about the following date: <u>October, 2007.</u>

13.     Plaintiff/Decedent was prescribed and used the following *olmesartan*

products

      X     BENICAR®

      X     BENICAR HCT®

      ☐     AZOR®

      ☐     TRIBENZOR®

14.     As a result of ingesting *olmesartan* products, Plaintiff/Decedent

suffered personal and economic injur(ies), including, but not limited to, the

following: <u>Severe abdominal pain, chronic diarrhea, pelvic pain, cramping,</u>

<u>severe gastrointestinal injuries, and hospitalization.</u>

_____

_____

## CAUSES OF ACTION

15.     Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master*

*Long Form Complaint and Jury Demand* as if fully set forth herein.

16.   The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by Plaintiff(s):

X       Count I:  Products Liability – Design Defect (Strict Liability)

X       Count II:  Products Liability – Failure to Warn (Strict Liability)

X       Count III:  Gross Negligence

X       Count IV:  Negligence

X       Count V:  Negligence *per se*

X       Count VI:  Negligent Misrepresentation

X       Count VII:  Negligent Design

X       Count VIII:  Fraudulent Concealment

X       Count IX:  Constructive Fraud

X       Count X:  Fraud

X       Count XI:  Breach of Express Warranties

X       Count XII:  Breach of Implied Warranties

X       Count XIII:  Unjust Enrichment

X       Count XIV:  Violation of State Consumer Protection Laws of the State of <u>Texas</u>.

☐       Count XV:  Loss of Consortium

☐       Count XVI:  Wrongful Death

☐       Count XVII:  Survival Action

X       Count XVIII:  Punitive Damages

☐       Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in paragraph four (4) above _____. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure.

*Plaintiff further states that she originally filed her case as one of the plaintiffs in the Mary Moore, et al. v. Daiichi Sankyo, Inc., et al. action in the Circuit Court of the City of St. Louis, Missouri on June 26, 2015. As such, this action is subject to the 10 day re-filing provision of Judge Kugler's Opinion dated July 27, 2016 found at Document #807, and relates back to original action filed in the City of St. Louis on June 26, 2015.*

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint and Jury Demand as appropriate.

## <u>JURY DEMAND</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.


Dated:08/01/2016                    Respectfully Submitted by,

                                    <u>s/Matthew J. Schumacher</u>
                                    Matthew J. Schumacher (MN Bar 244946)
                                    Stephen J. Randall (MN Bar 221910)
                                    Pearson, Randall, & Schumacher, P.A.
                                    310 4th Avenue South, Suite 5010
                                    Minneapolis, MN 55415
                                    Telephone: 612-767-7500
                                    Fax: 612-767-7501
                                    Email: mschumacher@prslegal.com
                                           srandall@prslegal.com


                                    **Counsel for Plaintiff(s)**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:        IN LAND CONDEMNATION CASES, USE THE LOCATION OF
             THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U S Government
        Plaintiff

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U S Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
      Proceeding

☐ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      Another District
      *(specify)*

☐ 6 Multidistrict
      Litigation

## VI. CAUSE OF ACTION
(Enter U S Civil Statute under which you are filing and write a brief statement of cause )

## VII. Previous Bankruptcy Matters
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court Use a separate attachment if necessary

## VIII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**        ☐ Yes    ☐ No

## IX. RELATED CASE(S) IF ANY

*(See instructions):*        related to MDL In Re: Benicar (Olmesartan) Products Liability Litigation

JUDGE _____        DOCKET NUMBER _____

**X. This case** (check one box)        **Is not a refiling of a previously dismissed action**        ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____